EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2013 TSPR 59 |
| Integración de Salas de Verano | 188 DPR ____ |

Número del Caso: ES-2013-01

Fecha: 17 de mayo de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS
DE VERANO                          ES-2013-001


RESOLUCIÓN


San Juan, Puerto Rico, a 17 de mayo de 2013.

De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se constituyen las siguientes Salas de Verano para funcionar durante el receso:

Del 1 de julio al 31 de julio de 2013.

Hon. Anabelle Rodríguez Rodríguez, Presidenta
Hon. Mildred G. Pabón Charneco
Hon. Roberto Feliberti Cintrón

Del 1 de agosto al 31 de agosto de 2013.

Hon. Liana Fiol Matta, Presidenta
Hon. Erick V. Kolthoff Caraballo
Hon. Edgardo Rivera García

Del 1 de septiembre al 30 de septiembre de 2013.

Hon. Federico Hernández Denton, Presidente
Hon. Rafael L. Martínez Torres
Hon. Luis F. Estrella Martínez

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando Opiniones y Sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                                    Aida Ileana Oquendo Graulau
                                    Secretaria del Tribunal Supremo